May it please the court. My name is Maurice James Salem. I represent the appellant plaintiff in this case counsel Your honors in this case my client as a plaintiff Had an order entered against it for default on the main claim and default on a counter claim The lower court on page 9 of his decision Concluded that it secured Jurisdiction against you still are you still claiming to have talked to 50 to 100 lawyers about representing? Your honor What I presented was 10 document 10 attorneys in documents in this building I'm here two to three times a week and In motion calls and on the second floor your honor passingly I While the appeal was pending I asked every attorney. I know and every attorneys. I don't know to cover the case For me while the appeal was pending and and your honor as I explained the initial Initially the Wisconsin attorneys that I attempted to see I mean they they initially took they said yes We're we want it. I emailed them everything after they reviewed it. They rejected it Those are the first about 10 or 11 of them and I did that sequentially So that took up time and then eventually Here on the second floor and in motion calls. I Bring up I explain everything to do the attorney. I say listen, here's what happened in, Wisconsin Are you willing to take it? Even though the attorneys not admitted there I asked him to do it on Prague Vichy or get admitted there because I was desperate to get somebody to cover. I Think it's reasonable to believe that an attorney would be intimidated or Concerned when a judge holds an attorney in contempt for filing a lien removes him from the case and invites the defendant to file a counterclaim The anger in that decision your honor was also seen by your colleague judge Would she in her decision says she didn't know what made the judge so angry So if judge would seize the anger there, then it's reasonable to Assume that an average most attorneys will see the anger there and they would fear go taken on such a case So I now but your honor whether you agree with that or not On page 9 of the lower court's decision. He concludes that he had jurisdiction on the basis of rule 5. I submit to you that with respect to a corporation Rule 5 presumes that the corporation is represented by counsel Unlike an individual corporation can't be prosaic. So when if you read rule 5 rule You'll see that there with respect to the corporation There's a presumption that that corporation is represented by counsel. But in this case it was not and therefore I Disagree with the lower court saying that rule 5 on page 9 secures personal jurisdiction. In fact They didn't have jurisdiction to serve the counterclaim while the appeal was pending now The the other thing that concerns me and I invite the court to thoroughly search through the record There is absolutely no fact presented no evidence no allegations to contradict any of the evidence I submitted with respect to the documented councils that I spoke with in In Madison with respect to the attorneys I spoke with here your honors There's nothing in the record that contradicts the efforts that I made and that also agents of trade Well made and and everything to Obtain counsel. Well, the judge was very skeptical about your claim to have talked to 50 to 100 lawyers Well, as I said that came After I presented that the the ten documented attorneys that I documented their address and phone numbers and I explained in The in there that I did it passionately Because I'm regularly in the court as I said, I'm in this building two to three times a week I regularly see attorneys in motion calls front of your honor and and and on the second floor and Every attorney that knows me knows that I during that time. I've asked about this case and they all know about it Because they all know what happened to me and then you all know that I was desperate to Get an attorney in there now, you know, I'm that concerns me why he was so skeptical I I'd like you know, there's nothing in the record that shows any contradiction or any Anything that refutes my evidence. So so I really think that that goes that reaches the level of clearly erroneous but but whether You agree with me or not You're this court's prior decision to reinstate me to the case Becomes meaningless if the case is gone if the case has been dismissed and what's the purpose of this court reinstating me to the case? so your honors, I'm going to Reserve the remainder of my time for a rebuttal if I need to but thank you for your time. Thank you. Thank you Mr. Thel You May it please the court Brian Thel on behalf of the bank defendant a poli This case is about decisions made by Tradewell Not about not by Attorney Salem but decisions by Tradewell that Tradewell now has to learn to live with after the fact and Express them and take some accountability for that Example in this instance Tradewell was the initiate initiator of the lawsuit. It's the plaintiff Thought about it ahead of time Where we're gonna file suit whether we're gonna file suit what we're gonna file suit about. It's a sophisticated company It had it hand-picked a lawyer out of the hundreds or thousands of lawyers in the country in this instance Was admitted pro hack Vichy could have picked virtually any lawyer any lawyer in the company Had opportunity once the mr. Salem was temporarily removed from the case According to the affidavit of Mohammed Tahrir. He they were aware of the removal of Attorney Salem immediately and They had money To procure counsel is what the is what was testified to they Did not obtain interim counsel. They did not Obtain they did not request make a recusal request until after the fact After Attorney Salem was successful on his appeal and it worst of all at the end of the day While they're behind the eight ball and their lawyers removed they put the lawyer who got him into that mess Right back in charge of the effort to head up to locate additional counsel and as mr. Salem mentioned before The first 10 or 11 lawyers, I think he said regarding. Oh, I sent them everything all the emails right away There were three weeks prior to the hearing In which the court we speak about invitations the court in this case Invited gave trade well a roadmap on how to prove its case how to get the judgment vacated Bring in evidence show me your exhibits for exactly four exhibits were presented one by some chicken scratch notes A business card of an individual a lawyer that this is the infamous chance encounter at the gas station down in, Illinois And some testimony regarding some some notes handwritten in his son's spiral notebook If there are so many emails why weren't any of those presented if there were so many lawyers and mr Salem can presume those attorneys thoughts before regarding what they thought about the court's decision Why weren't any of the any affidavits or testimony from those lawyers Regarding hey, this is what I thought that that never occurred and similarly regarding jurisdiction The plaintiff again initiated the suit the court doesn't lose jurisdiction Plaintiff was properly served with all with the pleadings thereafter on at least six different occasions That in is satisfies rule federal procedure five and it also satisfies the Hague Service Convention, which Pakistan did not opt out of and then Finally regarding this court's alleged mandate in the prior case The court's decision is not meaningless in that case the court's decision Reinstated attorney Salem there were other issues other than simply Reinstating him back to that case or granting Letting him vacating that sanction there was a monetary sanction there were also other referrals to other state bars That is not a meaningless decision Particularly for attorney Salem to have that result vacated and for all these reasons the court should Adopt the district courts decision in toto and affirmant Okay, thank you, mr. Thelm's sale And at just one point the record shows that trade well itself other agents Omar Pracha and other Owners of the company also made attempts to find counsel wasn't just me They went to the embassy and other things, but unless there's any other questions. I have nothing else to that. Okay? Well, thank you very much. Thank you